UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAUN GOODHEIM,

Plaintiff,

v.

WARDEN OLIVER, et al.,

Defendants.

Case No.  2:25-cv-01454-CDS-DJA

ORDER

## I.      DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated, but he has not filed an updated address with the Court. Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

This Court gives Plaintiff until **July 3, 2026**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice. Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 1) as moot because Plaintiff is no longer incarcerated. Plaintiff must file an application to proceed *in forma pauperis* by a non-prisoner, or pay the full filing fee of $405, by **July 3, 2026**.

Plaintiff has filed a motion for a status check. (ECF No. 3). As explained in the Court's advisory letter, this case is currently in line for screening. The Court has a significant caseload, and the screening process can take many months. The Court will screen Plaintiff's complaint after he files an updated address and an application to proceed *in forma pauperis* by a non-prisoner.

1

## II.      CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court by **July 3, 2026**.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before by **July 3, 2026**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

IT IS FURHTER ORDERED that Plaintiff's motion for a status check (ECF No. 3) is **DENIED**.

DATED THIS 3rd day of June 2026.

_____
UNITED STATES MAGISTRATE JUDGE

2